*F. E. Anderson, Charles Strauss* and *Eugene D. Boyer* for appellant.

*Samuel H. Guggenheimer* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FRANK T. JONES, Respondent, *v.* FRANK O. ANDERSON, Appellant.

*Jones* v. *Anderson,* 125 App. Div. 903, affirmed.
(Argued April 6, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 22, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the negligence of the master.

*Clinton B. Gibbs* and *Hubert C. Minard* for appellant.

*James L. Weeks* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J.; GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ANITA HOWELL, Respondent, *v.* ALPHONSE CHRISTLIEB et al., Appellants.

*Howell* v. *Christlieb,* 124 App. Div. 939, affirmed.
(Argued April 6, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1908, affirming a judgment in favor of plaintiff entered

upon a verdict and an order denying a motion for a new trial in an action to recover for goods alleged to have been sold and delivered.

*Martin A. Schenck* and *Clarence Lexow* for appellants.

*Denis O'Brien* and *Morris J. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

KATE A. BASTIANELLI, Respondent, *v.* SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Bastianelli* v. *Supreme Council. C. B. L.*, 125 App. Div. 921, affirmed.
(Argued April 9, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a benefit certificate of life insurance.

*R. J. Connolly* and *John C. McGuire* for appellant.

*Arthur L. Marvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

HORACE INMAN et al., Appellants, *v.* F. N. BURT COMPANY, Respondent.

*Inman* v. *Burt Company*, 124 App. Div. 73, affirmed.
(Argued April 9, 1909; decided April 27, 1909.)

APPEAL from a order of the Appellate Division of the Supreme Court in the third judicial department, entered